**UNITED STATES DISTRICT COURT**       **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GARY COKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:21-CV-240 |
| | § | |
| JEFFERSON COUNTY CORRECTIONAL | § | |
| FACILITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Gary Coker, a former pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed the above-referenced civil rights action pursuant to 42 U.S.C. § 1983 against several Defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Plaintiff's Motion for Preliminary Injunction (Doc. # 32).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings.  No objections to the Report and Recommendation have been filed to date.  In fact Plaintiff filed a Motion to Dismiss the Preliminary Injunction (Doc. # 35).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **PARTIALLY ADOPTED**, to the extent it recommends dismissal.

SIGNED at Beaumont, Texas, this 4th day of March, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE