IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GARY COKER | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-240 |
| JEFFERSON COUNTY CORRECTIONAL FACILITY, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Gary Coker, an inmate confined at the Wallace Pack Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Jefferson County Correctional Facility, Lieutenant FNU Nabors, Lieutenant FNU Albert, C/O FNU Thomas, C/O FNU Renals, Major FNU Tunner, and Sheriff Zena Stephens.[1]

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Procedural Background

Plaintiff paid the full filing fee in this action on June 1, 2021. On September 23, 2022, the undersigned entered an Order giving Plaintiff additional time to respond to this court's prior Order to Replead (doc. # 52). On October 3, 2022, Plaintiff filed a Notice of Voluntary Dismiss (doc. # 53).

Analysis

A plaintiff has an absolute right to voluntarily dismiss an action without a court order if the plaintiff files "a notice of dismissal before the opposing party serves either an answer or a motion

---

[1] Plaintiff amended his complaint and dropped his claims against all the Defendants except for Defendant Nabors (doc. # 43 & 49).

for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(iii); *see Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977). Plaintiff has not served the Defendants and thus there is no opportunity for the Defendants to file an answer in this case. Plaintiff's claims should be dismissed pursuant to Federal Rule of Civil Procedure 41(a) without prejudice.

## Recommendation

Plaintiff's civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 5th day of October, 2022.

_____
Zack Hawthorn
United States Magistrate Judge