**UNITED STATES DISTRICT COURT**　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GARY COKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:21-CV-240 |
| | § | |
| JEFFERSON COUNTY CORRECTIONAL | § | |
| FACILITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Gary Coker, an inmate confined at the Wallace Pack Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this lawsuit against Defendants alleging civil rights violations under 42 U.S.C. § 1983.[1]  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On October 5, 2022, the magistrate judge entered a Report and Recommendation (#55) in which he recommended granting Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a). To date, Plaintiff has not filed objections to the report.[2]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

---

[1]　　Plaintiff amended his complaint and dismissed his claims against all the Defendants except for Defendant Nabors (doc. #s 43 & 49).

[2]　　Plaintiff received a copy of the Report and Recommendation on October 12, 2022 (#56).

evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#55) is **ADOPTED**.  This case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED at Beaumont, Texas, this 3rd day of April, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE